IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WARNER-YUNG KNICKREHM,             )
                                   )
              Plaintiff,           )
                                   )   Civil No. 05-6338-TC
     v.                            )
                                   )   ORDER
JOHNATHAN S. HAUB and              )
ROBERT E. JONES,                   )
                                   )
              Defendants.          )
_____)

Magistrate Judge Thomas M. Coffin Findings and
Recommendation on November 7, 2005, in the above entitled case.
The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B)
and Fed. R. Civ. P. 72(b). When either party objects to any
portion of a magistrate judge's Findings and Recommendation, the
district court must make a de novo determination of that portion
of the magistrate judge's report. See 28 U.S.C. § 636(b)(1);
McDonnell Douglas Corp. v. Commodore Business Machines, Inc.,

1    - ORDER

656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920
(1982).

Plaintiff has timely filed "Conditional Acceptance of
[U.S. Magistrate] Thomas M. Coffin's Findings and Recommendation
Upon Proof of Claims," which this courts construes as
plaintiff's objections. I have, therefore, given de novo review
of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge
Coffin's Findings and Recommendation filed November 7, 2005, in
its entirety. Plaintiff's complaint is dismissed with
prejudice.

IT IS SO ORDERED.

DATED this ____28th____ day of ____November____, 2005.


_____
UNITED STATES DISTRICT JUDGE